UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANTHONY RAY JOHNSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:12-CV-66 |
| v. | ) |
| | ) Collier/Lee |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Now before the Court is Plaintiff Anthony Johnson's ("Plaintiff")'s motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Court File No. 16), to which the Social Security Commissioner ("Defendant") responded (Court File No. 20). After consultation with Plaintiff's counsel, the parties agreed on an appropriate amount of attorney's fees and costs. On June 11, 2013, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 21). In the R&R, Judge Lee recommended Plaintiff's motion for attorney's fees be granted and Plaintiff's attorney be awarded $4,461.66 in attorney's fees and $350.00 in costs for a total award of $4,811.66. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with, and hereby **ACCEPTS** and **ADOPTS**, the R&R. Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees (Court File No. 16) and **AWARDS** Plaintiff a total amount of $4,811.66 for his attorney's fees and costs to be paid in a manner consistent with 28 U.S.C. § 2412.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**