UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ANTHONY RAY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:12-CV-66 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

On January 8, 2015, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 13). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's motion for attorney's fees under 42 U.S.C. § 406(b) (Court File No. 23) is **GRANTED** and that Plaintiff's counsel be awarded $17,590.32 with the balance of $4,461.66 paid to Plaintiff.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT